IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DALE MAISANO, ) | |
| ) | 3:14-0018 |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-mc-0151 |
| ) | |
| C.O. II R. HALL et al., ) | Judge Trauger |
| ) | |
| Defendants. ) | |

### ORDER

*Pro se* plaintiff Dale Maisano has filed yet another one-page complaint in this Court, this time alleging that he "is give food daily that makes him quite ill. This morning 11-19-2013 is no exception. Medical Malpractice." (ECF No. 1, at 1.) He seeks injunctive relief and damages in the amount of "One Trillion Dollars U.S." for violation of the Civil Rights Act of 1871, and "Ten Trillion Dollars U.S." for RICO violations. (*Id.*)

The plaintiff is barred by 28 U.S.C. § 1915(g) from proceeding *in forma pauperis*. He did not submit the $400.00 filing fee with his complaint, and he does not allege that he is in imminent danger of serious physical injury. Moreover, the complaint is not in compliance with the Order and Restraining Order entered by Senior United States District Judge Stephen M. McNamee on August 11, 1992 in an (unsuccessful) attempt to curtail the plaintiff's voluminous frivolous filings.[1] Among other things, Judge McNamee's order enjoins Maisano from filing any civil action in the United States District Court for the District of Arizona, *or any other federal court*, without first obtaining leave of the court. *See Maisano v. Lewis*, CIV 92-1026-PHX-SMM (MS) (D. Ariz. Aug. 11, 1992) (Order and Restraining Order).

Pursuant to the Restraining Order, any "[f]ailure to comply strictly with [its] terms . . . will be sufficient ground to deny leave to file." *Id.* Because the plaintiff made no attempt with his current filing to comply with the Restraining Order, the present complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

---

[1] Maisano has now filed over 1000 civil lawsuits in federal court (most in the District of Arizona), and approximately 250 during the month of October 2013, according to PACER, a national database of federal court filings.

An appeal of this order would not be in good faith, and the Court will not grant leave to appeal *in forma pauperis*.

The Clerk is **DIRECTED** to enter assign a civil action number to this case, to enter judgment and to close the case, in accordance with Rule 58, Fed. R. Civ. P.

It is so **ORDERED**.

                                                Aleta A. Trauger
                                                United States District Judge